UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERICK GUILLERMO VALLE IGLESIAS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-1875** |
| **LORRAINE L. GRIFFIN** | **SECTION "B"(5)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the complaint filed by Erick Guillermo Valle Iglesias is hereby **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this 28th day of July, 2010.

_____
**UNITED STATES DISTRICT JUDGE**